**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Mark Anthony Everhart Sr.**<br>    **Ada Serena Victoria Everhart** | **CASE NO. 06–61360** |
| **Debtor(s)** | **CHAPTER 7** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within ten (10) days after filing of same or such extended time as may be granted upon proper application made within said ten (10) days period, and the estate be closed. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 4/17/08

_____
WILLIAM E ANDERSON, JUDGE

van02.jsp

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0423-6           User: farmerd              Page 1 of 2             Date Rcvd: Apr 17, 2008
Case: 06-61360                 Form ID: van02             Total Served: 44


The following entities were served by first class mail on Apr 19, 2008.
db           +Mark Anthony Everhart, Sr.,   c/o Peaceful Baptist Church,   2009 Park Avenue,
               Lynchburg, VA 24501-2726
jdb          +Ada Serena Victoria Everhart,   c/o Peaceful Baptist Church,   2009 Park Avenue,
               Lynchburg, VA 24501-2726
2307827       Brownstone Properties, Inc.,   Attn: Jennipher Lucodo,   1658 Graves Mill Road,
               Lynchburg, VA 24502-4329
2307830       Cbusasears,   8725  W Sahara Avenue,   The Lakes, NV 89163-0001
2307831      +Centra Health *,   1204 Fenwick Drive,   Lynchburg, VA 24502-2112
2307832      +Central Va Family Physicians *,   1111 Corporate Park Drive,   Suite C,   Forest, VA 24551-2279
2307833      +Charlottesville Bureau Of Credits,   PO Box 6220,   Charlottesville, VA 22906-6220
2307834      +City of Lynchburg Collections *,   Attn: J.D. Reynolds,   PO Box 603,   Lynchburg, VA 24505-0603
2307835       Computer Credit, Inc.,   640 West Fourth Street,   P O Box 5238,   Winston Salem, NC 27113-5238
2307836      +Creditor Service Agency,   2600 Memoria Avenue #206,   Lynchburg, VA 24501-2658
2307837      +Creditors Service Agency, Inc.,   2600 Memorial Avenue, Ste 206,   Lynchburg, VA 24501-2658
2345632       HSBC Bank Nevada NA / HSBC Card Services III,   by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
2307841      +LCMI LTD. DBA,   Commonwealth,   672 N Main Street Collections,   Kilmarnock, VA 22482
2307842      +Liberty University,   Registration Office,   PO Box 10425,   Lynchburg, VA 24506-0425
2307843      +Lynchburg Emergency Physicians *,   P O Box 2080,   Kilmarnock, VA 22482-2080
2307844       NCO Financial Systems,   100 Constitution Avenue,   Upper Darby, PA 19082-2230
2307845      +Nelson Cty General District Court,   Civil Division,   PO Box 514,   Lovingston, VA 22949-0514
2307846      +Neurology Associates Of Lynchburg,   1933 Thomson Drive,   PO Box 1659,
               Lynchburg, VA 24505-1659
2307847      +Orchard Bank,   370 Seventh Avenue,   New York, NY 10001-3912
2307848      +Radiology Consultants,   113 Nationwide Drive,   Lynchburg, VA 24502-4868
2307849      +Rent-A-Center,   2323 Memorial Avenue,   Lynchburg, VA 24501-2661
2322167       Sallie Mae Inc, on behalf of UNITED STUDENT,   AID FUNDS INC,
               c/o Sallie Mae Guarantee Services Inc,   PO BOX 6180,   INDIANAPOLIS, IN 46206-6180
2307850       Sallie Mae LSCF,   1002 Arthur Drive,   Lynn Haven, FL 32444-1683
2307851      +Sears Bankruptcy Recovery*,   PO Box 20363,   Kansas City, MO 64195-0363
2307852      +Suntrust Bankruptcy *,   Installment Loans,   RVW 7941  PO Box 85092,   Richmond, VA 23286-0001
2307853      +Talk America,   2704 Alt. 19 North,   Palm Harbor, FL 34683-2639
2307854      +The Rector & Visitors of UVA,   853 W. Main Street,   PO Box 800750,
               Charlottesville, VA 22908-0750
2307855      +US Post Office Attn: Imaging Srvc,   Acct. Srvc Ctr/Money Order Branch,   PO Box 82428,
               Saint Louis, MO 63182-0001
2307856      +UVA Medical Center,   P O Box 800750,   Charlottesville, VA 22908-0750
2307857       VA Department of Transportation,   RR 460,   Bedford, VA 24523
2307858       Verizon Viriginia Inc.,   PO Box 165018,   Columbus, OH 43216-5018
2307859      +Williams & Fudge, Inc.,   775 Addison Avenue,   PO Box 11590,   Rock Hill, SC 29731-1590

The following entities were served by electronic transmission on Apr 18, 2008.
2317776      +EDI: ACCE.COM Apr 17 2008 21:00:00     Asset Acceptance LLC,   PO Box 2036,
               Warren, MI 48090-2036
2335719      +EDI: BLINE.COM Apr 17 2008 21:00:00     B-Real, LLC/NCO Portfolio Management, Inc.,
               Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
2307828       EDI: CAPITALONE.COM Apr 17 2008 21:00:00     Capital One,   PO Box 85520,
               Richmond, VA 23285-5520
2307829       EDI: CAPITALONE.COM Apr 17 2008 21:00:00     Capital One,   PO Box 85520,
               Internal Zip 12030-163,   Richmond, VA 23285-5520
2313814      +EDI: CAPITALONE.COM Apr 17 2008 21:00:00     Capital One Bank,   c/o Tsys Debt Mgmt.,
               PO Box 5155,   Norcross, GA 30091-5155
2307830       EDI: SEARS.COM Apr 17 2008 21:00:00     Cbusasears,   8725  W Sahara Avenue,
               The Lakes, NV 89163-0001
2307838       EDI: DISCOVER.COM Apr 17 2008 21:00:00     Discover,   12 Read Way,   New Castle, DE 19720-1649
2307839       EDI: DISCOVER.COM Apr 17 2008 21:00:00     Discover Card,   12 Reads Way,
               New Castle, DE 19720-1649
2316347       EDI: DISCOVER.COM Apr 17 2008 21:00:00     Discover Financial Services,   P. O. Box 3025,
               New Albany, OH  43054-3025
2307840      +EDI: HFC.COM Apr 17 2008 21:00:00     Household Credit Services,   PO Box 98706,
               Las Vegas, NV 89193
2338333       EDI: RESURGENT.COM Apr 17 2008 21:00:00     LVNV Funding LLC its successors and assigns as,
               assignee of Citibank USA,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
2307851      +EDI: SEARS.COM Apr 17 2008 21:00:00     Sears Bankruptcy Recovery*,   PO Box 20363,
               Kansas City, MO 64195-0363
2322002      +EDI: AFNIVERIZONE.COM Apr 17 2008 21:00:00     Verizon-Bankruptcy Department,   PO Box 25087,
               Wilmington DE 19899-5087
2381057       EDI: ECAST.COM Apr 17 2008 21:00:00     eCAST Settlement Corporation,   POB 35480,
               Newark NJ 07193-5480
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0423-6         User: farmerd              Page 2 of 2               Date Rcvd: Apr 17, 2008
Case: 06-61360               Form ID: van02             Total Served: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2008**                           **Signature:**     _/s/ Joseph Speetjens_